UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert J. Howell,

    Plaintiff,

    v.                                   Case No. 2:13–cv–406

Michael Conkle, *et al.*,              Judge Michael H. Watson

    Defendants.

## ORDER

The parties filed a joint motion for attorney's fees. Joint Mot. Atty's Fees, ECF No. 25. Magistrate Judge King thereafter issued a report and recommendation ("R&R") finding the agreement reasonable and recommending the Court grant the parties' joint motion. R&R, ECF No. 26.

The R&R notified the parties of their right to object and specifically advised that a failure to object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the Undersigned's decision adopting the R&R. R&R 3, ECF No. 26. The time for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R.

The Clerk shall enter judgment for the Plaintiff in the amount of $13,328.75, which includes Defendants' $4,500 offer of judgment and an agreed-upon award of attorney's fees and costs in the amount of $8,828.75.

**IT IS SO ORDERED.**

                                                      /s/ Michael H. Watson
                                                    MICHAEL H. WATSON, JUDGE
                                                    UNITED STATES DISTRICT COURT